**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXONIQ B.V.<br><br>Plaintiff,<br><br>v.<br><br>X Corp. f/k/a Twitter, Inc.<br><br>Defendant. | CIVIL ACTION NO. 1:26-cv-10353<br><br>**JURY TRIAL DEMANDED**<br>**COMPLAINT** |

Plaintiff Axoniq B.V. ("Axoniq") hereby brings this Complaint against defendant X Corp. f/k/a Twitter, Inc. ("X Corp.") for copyright infringement and breach of contract and alleges as follows:

## PRELIMINARY STATEMENT

1. This action arises from X Corp.'s unauthorized downloading and use of Axoniq's proprietary commercial software. X Corp.'s first download of Axoniq's commercial products occurred at least as early as February 2026, and X Corp.'s downloading and use of that software has continued since then, through at least September 2026, including after Axoniq notified X Corp. in writing that a commercial license was required. X Corp. has never obtained the required license. X Corp.'s unlicensed copying and use of Axoniq's commercial software infringe Axoniq's copyrights and breach Axoniq's Terms of Service.

2. Axoniq makes software tools that help individuals and businesses build computer systems with comprehensive memory. Axoniq's products keep a permanent, step-by-step record of what happens within a computer system instead of keeping only the latest snapshot. This technology, known as "event sourcing," helps businesses track payments, supply chains, orders and inventory, customer identities, and more.

3. Axoniq's event sourcing products give businesses built-in audit trails and accountability, including for decisions made by AI systems. Because changes to the system are recorded rather than overwritten, a business that uses Axoniq's products can trace, test, and, if necessary, undo each decision its systems make.

4. Axoniq helps its customers build smart tools that allow for seamless and scalable event sourcing that is auditable. The value of Axoniq's products is evidenced by over 100 million downloads and their use by more than 65,000 companies.

5. Three core products in Axoniq's software suite are:

> <u>Axon Framework:</u> A free, open-source starter kit for programmers. The Axon Framework gives developers ready-made building blocks, so they do not have to write the record-keeping machinery themselves.
>
> <u>Axoniq Framework:</u> The paid, business-grade version of the framework. It adds features that large organizations need, such as recovering from failures, connecting to other common business systems, privacy tools, and commercial support. The Axoniq Framework requires a paid commercial license.
>
> <u>Axon Server:</u> Axoniq's commercial event store and message router. It is the secure filing cabinet, or "system of record," where every business event is stored. It also delivers messages between the different parts of a system, and it is designed to perform well on a large scale. Axon Server requires a paid commercial license.

6. The Axon Framework can be downloaded for free and is accessible to the public without a license. Users who want expanded functionality can purchase a license for the Axoniq Framework and Axon Server.

7. Axoniq allows prospective customers to evaluate the Axoniq Framework and Axon Server without charge before committing to a license. Currently, the standard evaluation period lasts fourteen days and is limited to non-production use.[1] Any use beyond the evaluation period,

---

[1] The fourteen-day evaluation period has applied at least since Axoniq's October 2025 Terms of Service took effect.

and any production use, requires a paid license. Axoniq's software, and the channels through which it is distributed, inform users that the software is a commercial product that requires a license.

8. Since at least February 2026, X Corp. has downloaded Axoniq's commercial software, including the Axon Server container image and the Axoniq Framework. X Corp. lacked authorization to use Axoniq's Commercial Products.

9. Axoniq identified X Corp.'s downloading of Axoniq's Commercial Products, including the Axoniq Framework and Axon Server. Axoniq, through its counsel, raised these downloads and use with X Corp. in an August 20, 2026, letter. X Corp. did not respond. Axoniq's counsel followed up on September 30, 2026. X Corp. again did not respond. On information and belief, Axoniq's records show that X Corp. continued to download the Axoniq Framework after the August 20, 2026, letter.

10. X Corp.'s unlicensed use of Axoniq's Commercial Products, and its refusal to pay for that use, give rise to Axoniq's claims for copyright infringement and breach of contract (Axoniq's Terms of Service).

11. X Corp.'s continued use of Axoniq's software without a license, and in ways the Terms of Service expressly prohibit, has caused and, unless enjoined, will continue to cause Axoniq irreparable harm.

12. Axoniq seeks a permanent injunction against X Corp.'s unauthorized use, together with actual damages, contractual damages, and contractual interest under the Terms of Service, attorneys' fees and costs of enforcement under the Terms of Service, and costs.

## THE PARTIES

13. Plaintiff Axoniq B.V. is a Dutch Besloten Vennootschap, like a limited liability company, with its statutory seat in Amsterdam and its primary offices at Lange Viestraat 2b, 3511 BK Utrecht, the Netherlands.

14. Defendant X Corp. is a corporation organized under the laws of Nevada, with its primary offices at 865 FM 1209, Building 2, Bastrop, TX 78602.

## JURISDICTION AND VENUE

15. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* ("Copyright Act").

16. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338. This Court has supplemental jurisdiction over non-federal claims pursuant to 28 U.S.C. § 1367(a).

17. This Court has personal jurisdiction over X Corp., and venue is proper in this District because of a valid and enforceable forum selection clause that X Corp. agreed to in Axoniq's Terms of Service. In both Axoniq's 2025 and 2026 Terms of Service, which X Corp. agreed to through one or more of the use of Axoniq's website, creation of an Axoniq account, or upon download, installation, and use of Axoniq's Commercial Products, X Corp. agreed to "exclusive jurisdiction and venue in the federal courts located in New York County, New York" for "[a]ll disputes, claims, or controversies arising out of or relating to this Agreement." *See* Ex. A (2026 Axoniq Terms of Service) § 25; Ex. B (2025 Axoniq Terms of Service) § 26.

18. This Court also has personal jurisdiction over X Corp. because X Corp. has purposefully availed itself of the benefits of doing business in this District, including on information and belief operations supported by software that X Corp.'s personnel developed through its unlawful use of Axoniq's Commercial Products. On information and belief, X Corp. personnel in New York downloaded the Axoniq Commercial Products at issue, including from internet protocol addresses registered to X Corp. and located in New York.

19. Venue is proper in this District for all Axoniq's claims because X Corp. has agreed to a valid and enforceable forum-selection clause. Venue over Axoniq's copyright infringement

claim is also proper in this District pursuant to 28 U.S.C. § 1400(a) because X Corp. "may be found" in this District.

## FACTUAL BACKGROUND

### AXONIQ COMMERCIAL PRODUCTS

20. When a standard computer program or AI agent makes a decision, it typically saves only the final result, and it deletes the steps it took to make the decision. These standard practices apply to all sorts of decisions, including approving purchases, processing payments, tracking packages, or reordering inventory. Axoniq changes that process through event sourcing.

21. The Axoniq Framework gives software engineers ready-made building blocks to build large, fast applications that keep a complete, step-by-step record of each event and decision, so that otherwise complex systems remain transparent and understandable.

22. Axoniq also licenses Axon Server, a zero-configuration message router and event store designed to support the Axoniq Framework. Axon Server acts as a central backbone for persistent event storage and real-time message routing. The Axoniq Framework provides the programming model and messaging abstractions, such as commands, events, and queries, while Axon Server provides the infrastructure and runtime engine that power the framework.

23. The Axoniq Framework, Axon Server, and Axoniq's related commercial software, including the Axoniq Platform client (collectively, the "Axoniq Commercial Products"), are commercial products. Beyond a limited evaluation, they are available only under a paid license. The Axoniq Commercial Products offer substantial functionality beyond Axoniq's free, open-source Axon Framework.

24. Axoniq's website and documentation explain that the Axoniq Commercial Products are different from the Axon Framework. Axoniq's website identifies the open-source Axon

Framework by the name "org.axonframework" and the commercial Axoniq Framework by the name "io.axoniq.framework."

The model

## One rule: production use is the boundary

The Maven and GitHub namespaces are the signal. `org.axonframework` is Apache 2.0, always. `io.axoniq` is commercial. A developer reading our licensing should be able to determine their obligations in one sentence, without caveats.

Read our full licensing terms

| | Axon Framework | Axoniq Framework |
|---|---|---|
| License | Apache 2.0 | Commercial |
| Production use | ✓ Free | Requires commercial license |
| Evaluation + dev | ✓ Free | ✓ Free |
| Namespace | org.axonframework | io.axoniq.framework |

25. Both the Axon Framework and the Axoniq Commercial Products may be downloaded. Axoniq's website, however, identifies which products are commercial and explains that use of the Axoniq Commercial Products beyond the evaluation period requires a paid license.

**AXONIQ'S COPYRIGHTS**

26. Axoniq owns valid copyrights in the source code for each of the Axoniq Commercial Products, which have been protected by foreign copyright law as literary works. The licensing terms and use restrictions published on Axoniq's website, in the Terms of Service, and in the license agreements that accompany the software further evidence Axoniq's copyrights.

27. According to the Dutch Copyright Law, or *Auteurswet*, a Dutch copyright is the exclusive right of the author of a work and comes into existence as soon as the work is created. Axoniq B.V. is the author of the source code for the Axoniq Commercial Products and therefore

owns the copyrights in that source code, which is a protected literary work under the law of the Netherlands, where the source code was first published.

28. The Netherlands and the United States are both parties to the Berne Convention for the Protection of Literary and Artistic Works ("Berne Convention"). Axoniq's works are therefore protected under the United States Copyright Act, and because they are not "United States work[s]," Axoniq is not required to register them with the United States Copyright Office before suing for infringement. *See* 17 U.S.C. §§ 101, 104(b)(2), 411(a).

**ACCESSING AXONIQ'S PRODUCTS**

29. Every Axon Server distribution comes with a license file setting out the terms under which the software may be used.

30. When a user downloads the Axoniq Commercial Products—whether from Axoniq's website or from another platform such as Maven—the download includes a "README.txt" file that links to the current Axoniq Terms of Service on Axoniq's website and references the use limitations that apply to the software.

```
This is the Axon Server distribution.

For information about the Axon Framework and Axon Server,
visit https://docs.axoniq.io.

License Summary
----------------

Axon Server is licensed under the Terms of Service
(https://www.axoniq.io/legal/terms-of-service).

You may not use this software except in compliance with these terms.
Permitted use of the software: only for evaluation purposes and deployment not
exceeding 14 days. See the Terms of Service for the specific language governing
permissions and limitations.

No support is provided, and the software comes "AS IS" without warranty.

⚠ IMPORTANT: continued deployment after 14 days requires a commercial license. Go
to https://www.axoniq.io for details.

For licensing information and to register, visit: https://www.axoniq.io/pricing
```

31. Developers also obtain Axoniq's software through build tools, such as Maven, and through artifact repository managers, such as JFrog Artifactory. A repository manager retrieves copies of software from public repositories, stores (or "caches") those copies on the organization's own servers, and serves them to the organization's personnel. This process is often called "mirroring." Once an organization mirrors Axoniq's software, further copying within that organization is invisible to Axoniq.

32. Since release 2025.2.0 on October 31, 2025, Axon Server has displayed a license notice each time it starts. Releases since April 28, 2026, state that Axon Server "is licensed under the Axoniq Terms of Service . . . and requires a license to run."

33. Since release 2026.0.0, Axon Server repeats that notice hourly when no license is present, displays a warning banner on every page of its interface, and presents a License page stating that "continued deployment after 14 days requires a commercial license."

34. To download Axoniq's Commercial Products through Axoniq's website, a user must create an account. To create an account, a user must accept Axoniq's Terms of Service on behalf of the user and the user's employer. To accept the Terms of Service, a user must acknowledge the Terms of Service through a "clickwrap" agreement, like the one shown below.




35. A user cannot create an account without accepting the Terms of Service.

36. In sum, whether a user downloads from Axoniq's website or from another source such as Maven, GitHub, Docker Hub, or an organization's own repository manager, the user is presented with Axoniq's Terms of Service through the clickwrap agreement, the license file and README.txt file provided with the software or the license notice Axon Server displays when it runs.

## AXONIQ'S CURRENT TERMS OF SERVICE

37. Axoniq's current Terms of Service, the 2026 Terms of Service ("2026 TOS"), took effect on April 22, 2026. A true and correct copy of the 2026 TOS is attached as Exhibit A.

38. The opening paragraph of the 2026 TOS provides:

> If You wish to access and/or or use the Services on behalf or for the benefit of your employer, by accepting these Terms You do so on Your own behalf as well as that of Your employer, and You warrant and represent that You have authority to do so. You acknowledge that You have read these Terms, understand them, and agree to be bound by them. If You do not agree to any of the terms below, AXONIQ is unwilling to provide or license the Services to You, You are not authorized to access or use them for any purpose, and You should not check the box indicating that you have read through and agree to the Terms of the Services.

Ex. A at 1.

39. Section 1.4 of the 2026 TOS establishes the different use cases for Axoniq's products and when a user requires a license.

> AXONIQ offers four types of use licenses: Unregistered, Development, Pre-Production and Production. Unregistered users may use the Software for trial purposes for no more than 14 calendar days from the date of first download. Any use beyond this period requires LICENSEE to register on the Platform and sign up for the appropriate Plan.

Ex. A at 8.

40. Section 3 of the 2026 TOS states that any use of the software under an Unregistered License is "solely for evaluation purposes for a limited duration of 14-days starting from the day of first download." Section 3 also explicitly prohibits mirroring and distribution or access by multiple users or systems:

> Automated local caching of Software artifacts by standard build and container tools (such as Maven local repository caching or Docker image caching) solely for the personal use of an individual developer on their own machine is permitted without a separate license. **All other Mirroring, including replication to any shared, hosted, or organization-wide artifact repository** (such as JFrog Artifactory, Sonatype Nexus, or similar systems) **for distribution or access by multiple users or systems, is strictly prohibited without a license** as indicated on Axoniq's pricing page.

Ex. A at 9–10 (emphasis added).

**AXONIQ'S PRIOR TERMS OF SERVICE**

41. From October 2025 until April 22, 2026, Axoniq's October 2025 Terms of Service ("2025 TOS") governed use of Axoniq's Commercial Products. A true and correct copy of the 2025 TOS is attached as Exhibit B.

42. Axoniq periodically updates its Terms of Service, as the terms expressly permit. The 2025 TOS provide that they "may be modified from time to time" and that a user's "access to the Services is subject to Your continuing agreement to these Terms, as they may be amended from time to time." Ex. B at 1.

43. The 2025 TOS are similar to the 2026 TOS. For example, the 2025 TOS also expressly prohibit commercial use of the Commercial Products without a paid license. Ex. B at 4. And like the 2026 TOS, the 2025 TOS provide that a user who accepts its terms on behalf of an employer does so "on Your own behalf as well as that of Your employer." Ex. B at 1. The 2025 TOS also provide that the free license for Axon Server Single Node "is valid only for deployments lasting 14 days or less" and that "[a]ny deployment exceeding 14 days requires a commercial license." Ex. B § 3.

44. The 2025 TOS also prohibit copying the software "except as expressly provided in these Terms" and making "more copies of the Services than as allowed in this Agreement." Ex. B § 4(b). And they provide that Non-Production Free Licenses "terminate automatically upon any breach of the Non-Production Purposes limitation or other license terms," after which "all rights to use the Software across your organization immediately cease, and you must delete all copies of the Software from all systems and locations within your organization." Ex. B § 13(a-1).

45. Finally, the 2025 TOS provide remedies for unauthorized production use:

> Unauthorized production use of Software licensed under Non-Production Free License may result in: (i) immediate liability for all applicable commercial license fees for the type of license AXONIQ deems appropriate at its discretion, from first

> unauthorized use; (ii) liquidated damages equal to 3x such license fees; (iii) interest at 1.5% per month; and (iv) reasonable attorneys' fees and costs of enforcement.

Ex. B at 19.

46. X Corp. is bound by the Terms of Service. Each version of the Terms of Service provides that a person who accepts the terms on behalf of an employer binds the employer, and that a person who does not agree is "not authorized to access or use" the software "for any purpose." Ex. A at 1; Ex. B at 1.

47. On information and belief, X Corp. personnel obtained Axoniq's Commercial Products through Axoniq's website. On information and belief, X Corp. personnel also obtained Axoniq's Commercial Products through other channels, including Docker Hub and Maven, and may have mirrored them through an internal artifact repository. For Axoniq Commercial Products obtained through Axoniq's website, the user must check a box stating "I have read and accept the Axoniq Terms of Service" before creating an account and downloading software. On information and belief, X Corp. personnel created Axoniq accounts and accepted the Terms of Service to obtain Axoniq Commercial Products.

48. Any X Corp. personnel who obtained the Axoniq Commercial Products from sources other than Axoniq's website received the same terms with the software itself. Every Axon Server distribution, wherever obtained, includes Axoniq's license file, and copies obtained from Maven and other platforms include the README.txt file directing the user to Axoniq's Terms of Service and their use limitations. And Axon Server releases since October 31, 2025, display a license notice each time they start. A user who, after receiving those notices, downloads, installs, or runs the software rather than declining to use it accepts the Terms of Service. The 2025 TOS, which were in place as of October 31, 2025, confirm that, for free use of the software, the agreement commences on "the date of first download or use." Ex. B at 2–3.

49. Each copy of Axoniq's Commercial Products carried Axoniq's license file and README directing users to the applicable terms, and versions released since October 31, 2025, display a license notice each time they start. X Corp. personnel therefore had notice of the terms on which Axoniq offers its software each time they downloaded, installed, or ran it.

50. X Corp. had actual notice that it required a license to use Axoniq's Commercial Products. Axoniq raised the need for a commercial license with X Corp. multiple times before initiating this litigation. X Corp. never responded and never purchased a license.

**X CORP.'S UNAUTHORIZED USE OF AXONIQ COMMERCIAL PRODUCTS**

51. As of at least February 2026, X Corp. began downloading Axoniq Commercial Products without a license.

52. Between February 24 and July 16, 2026, X Corp. retrieved the commercial Axon Server container image (axoniq/axonserver) at least nineteen times, on six separate days. At least eighteen of those retrievals came from internet protocol addresses within a block registered to X Corp. (AS63179) and located in New York.

53. Several of those retrievals were made by Testcontainers, a software library that downloads a container image to start and run it within an automated test suite. On information and belief, X Corp. ran Axon Server in its development and test environments.

54. Between August 28 and September 26, 2026, after receiving Axoniq's August 20, 2026, letter, X Corp. downloaded files for the commercial Axoniq Framework, including versions ranging from 5.1.0 to 5.2.0, at least fourteen times.

55. On August 20, 2026, Axoniq's counsel sent a letter to X Corp.'s Director and Associate General Counsel regarding X Corp.'s unauthorized downloading and use of Axoniq's Commercial Products. X Corp. did not respond.

56. On September 30, 2026, Axoniq's counsel sent X Corp.'s Associate General Counsel a follow-up email further documenting X Corp.'s unauthorized downloading and use of Axoniq's Commercial Products. Again, X Corp. did not respond.

57. X Corp. never registered its use on the Axoniq Platform, never signed up for a paid plan, and never paid Axoniq anything. After Axoniq notified X Corp. of its unlicensed use, X Corp. did not stop its unauthorized use, did not account for its past use, and did not remove the copies already installed on its systems.

58. Each download and installation of Axoniq's Commercial Products was a reproduction of Axoniq's software that Axoniq did not authorize. Each also violated the Terms of Service in effect when it occurred, including the fourteen-day limit and the requirement to obtain a paid license. Each use of Axoniq's Commercial Products during this period also violated Axoniq's rights under the Copyright Act and the Terms of Service in effect when it occurred.

## CLAIMS FOR RELIEF

### Count I: Copyright Infringement
### (17 U.S.C. § 101 *et seq.*)

59. Axoniq incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as though fully set forth herein.

60. The Berne Convention requires the United States to protect works whose country of origin is another member state of which the Netherlands is one. The Berne Convention applies to "literary and artistic works," which include computer programs.

61. Axoniq is the legal and beneficial owner of its unregistered foreign copyrights in the source code of the Axoniq Commercial Products, pursuant to the law of the Netherlands. Axoniq has all rights, title, and interest in its unregistered foreign copyrights in the source code of the Axoniq Commercial Products.

62. At its offices in the Netherlands, Axoniq undertook substantial efforts, expense, time, and energy to create and develop the source code and programs contained in the Axoniq Commercial Products. Axoniq's efforts resulted in the creation of specific and original computer source code, including in or around 2017, that supports the Axoniq Commercial Products.

63. Under the law of the Netherlands, copyright protection subsists from the time the source code was created in a tangible form or medium.

64. The source code for the Axoniq Commercial Products is an original literary work that has been fixed in a tangible medium of expression and constitutes copyrightable subject matter within the meaning of 17 U.S.C. § 102.

65. Axoniq has the exclusive right to reproduce, distribute, display, and prepare derivative works based on the source code of the Axoniq Commercial Products, and to allow others to do so, as provided in 17 U.S.C. § 106.

66. Neither Axoniq nor any person or entity authorized by Axoniq has granted any license, permission, or authorization to X Corp. to exercise any of the rights as set forth in this Complaint other than, at most, a limited right to evaluate certain of those products for fourteen days in a non-production environment under the applicable Terms of Service.

67. X Corp. infringed Axoniq's copyrights by reproducing the Axoniq Commercial Products without authorization, including by downloading copies and installing copies. Each such copy is a reproduction of Axoniq's copyrighted works in violation of Axoniq's exclusive rights under 17 U.S.C. § 106(1).

68. X Corp.'s infringement has been knowing and willful at least since August 20, 2026, because X Corp. has been on notice since at least that date that use of Axoniq's Commercial Products requires a license. Axoniq's counsel again notified X Corp. that its use was unlicensed

on September 30, 2026. X Corp. nonetheless continued to download Axoniq's Commercial Products after the August 20, 2026, letter, including at least on August 28, September 20, and September 26, 2026.

69. Axoniq is entitled to recover its actual damages and X Corp.'s profits attributable to the infringement, for the period beginning three years before the filing of this Complaint through the present, in an amount to be proven at trial. 17 U.S.C. § 504(b).

70. X Corp.'s infringement of Axoniq's exclusive rights has caused Axoniq irreparable injury. Unless restrained and enjoined, X Corp. will continue to commit such acts of infringement.

71. Axoniq has suffered an injury for which there is no adequate remedy at law, and Axoniq is entitled to remedies including injunctive relief as provided by 17 U.S.C. § 502, and an order impounding or destroying any and all infringing materials pursuant to 17 U.S.C. § 503.

**Count II: Breach of Contract, 2026 Terms of Service (New York State Law)**

72. Axoniq incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as though fully set forth herein.

73. The 2026 TOS is a valid and enforceable contract between Axoniq and X Corp. X Corp. became bound by the 2026 TOS on and after April 22, 2026, through the conduct alleged above, including by continuing to download and use the Axoniq Commercial Products with knowledge of the terms on which Axoniq offers them. The 2026 TOS permits an unregistered user to use the software only for trial purposes and for no more than fourteen days from first download, and it requires any use beyond that period to be registered and licensed. Ex. A § 1.4.

74. The 2026 TOS provides, in part, as follows:

> "Development Environment" means an installation of the Software used solely for: (a) Software development activities including writing, modifying, compiling, and debugging code; (b) Unit testing by developers; and (c) Local development and experimentation. A Development Environment is not accessible to End Users,

customers, or business stakeholders for any purpose other than development activities, and does not process, store, or interact with Production Data.

Ex. A at 3.

“Production Data” means data that is actively used in business operations, including customer data, transactional data, financial records, or any data subject to regulatory compliance requirements or contractual obligations to third parties.

Ex. A at 4.

“Non-Production Use” means use of the Software solely for (a) development on local development machines, or (b) automated builds and tests, or (c) internal evaluation or debugging of Licensee's own software applications, in each case where such use does not involve processing live or real-world data and is not accessible to any end user or external party. Non-Production Use expressly excludes: (i) any use in a live, customer-facing environment; (ii) any use that directly supports business operations or generates revenue; (iii) any use in staging, pre-production, user acceptance testing (UAT), load or performance testing, or continuous integration or deployment (CI/CD) pipeline execution that validates software intended for production deployment; (iv) any use where the Software processes, stores, or transmits data that affects business decisions or customer experiences; and (v) any use that mirrors, replicates, supports, or receives data from a production system, regardless of how Licensee designates or labels such use internally.

Ex. A at 4.

If any of the following apply, you must immediately obtain the appropriate paid license subscription via AXONIQ’s platform: (i) in the case of Axon Server Single Node, you wish to keep a single node active beyond 14-days under an unregistered license; or (ii) your organization no longer qualifies for a free or discounted plan based on the applicable Size Criteria.

Ex. A § 3.

LICENSEE shall notify AXONIQ in writing within thirty (30) days of any material change that would result in movement to a higher pricing tier, including changes to Size Criteria. Failure to provide timely notification shall result in retroactive fee adjustments as described in Section 15.4.

Ex. A § 15.3.

If an audit or certification reveals that LICENSEE is using the Software contrary to the terms of this Agreement, or has misrepresented any Size Criteria, LICENSEE shall be liable for: (i) all applicable commercial license fees for LICENSEE’s actual

> use or actual size tier, at AXONIQ's then-current pricing, retroactive to the date of first non-compliant use or, for Size Criteria, the earlier of the date LICENSEE first exceeded the reported Size Criteria or the beginning of the current Order term; (ii) liquidated damages equal to three times (3x) such fees; (iii) interest at 1.5% per month on all amounts outstanding; and (iv) AXONIQ's reasonable attorneys' fees and costs of enforcement.

Ex. A § 15.4.

75. Under the 2026 TOS, X Corp. was obligated to use the Axoniq Commercial Products only as the agreement authorizes and not to knowingly encourage or participate in their unauthorized use.

76. Axoniq has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the 2026 TOS.

77. X Corp. breached the 2026 TOS by, among other things, using, downloading, and retaining the Axoniq Commercial Products beyond the fourteen-day trial period without authorization and failing to obtain the appropriate paid license after receiving written notice of its non-compliance with Axoniq's commercial licensing requirements.

78. As a result of X Corp.'s breaches of the 2026 TOS, Axoniq has been harmed and is entitled to damages in an amount to be proven at trial, including as provided for in the 2026 TOS, together with pre-judgment and post-judgment interest and the costs of this action.

79. Section 17(b) of the 2026 TOS permits either party to "seek injunctive relief against the threatened breach of this Agreement or the continuation of any such breach by the other party." X Corp.'s acts have irreparably harmed and will continue to irreparably harm Axoniq, including by injuring Axoniq's goodwill and its ability to control the licensing of its software, and Axoniq has no adequate remedy at law. Axoniq is therefore entitled to a permanent injunction restraining X Corp. and its agents, servants, and employees, and all persons acting in concert with them, from using, copying, or distributing the Axoniq Commercial Products without a license.

**Count III: Breach of Contract, 2025 Terms of Service (New York State Law)**

80. Axoniq incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as though fully set forth herein.

81. The 2025 TOS is a valid and enforceable contract between Axoniq and X Corp. X Corp. became bound by the 2025 TOS, which governed from October 2025 until April 22, 2026, through the conduct alleged above. The 2025 TOS permits free use of Axon Server Single Node only for Non-Production Purposes and only for deployments of fourteen days or less, and it requires a paid license for any other use.

82. The 2025 TOS provides, in part, as follows:

> "Development" means use on a single Node, solely by developers testing code or use solely in a sandbox environment that is not accessed or in any way used by users of the production system. Development usage of Axon Server and Axon Data protection is part of all AXONIQ subscriptions without any additional cost. Any cluster that has more than one Node will entail use in either Production or Non-Production.
>
> Ex. B at 2.
>
> "Non-Production Purposes" means use (a) in development environments (local development machines) and automated build/tests and (b) for internal evaluation, development or automated testing. Non-Production Purposes explicitly exclude: (i) any use in a live, customer-facing environment; (ii) any use that directly supports business operations or generates revenue; (iii) any use in testing or quality assurance environments that validate software intended for production deployment, including acceptance testing environments; and (iv) any use where the Software processes, stores, or transmits data that affects business decisions or customer experiences. In case of Axon Server Single Node, Non-Production Purposes also include keeping a single node active for more than 14 days."
>
> Ex. B at 3.
>
> You must verify your continued compliance with Non-Production Purposes including the 14-day time limitation, if applicable, on an ongoing basis. If you wish to use the Software for Production and/or, in the case of Axon Server Single Node, if you wish to keep a single node active for more than 14 days, you must go to AXONIQ's platform and sign up for the appropriate paid license subscription. This license terminates automatically if you breach these terms. Upon termination, all rights to use the Software across your organization immediately cease, and you

> must delete all copies of the Software from all systems and locations within your organization.

Ex. B § 3.

> Unauthorized production use of Software licensed under Non-Production Free License may result in: (i) immediate liability for all applicable commercial license fees for the type of license AXONIQ deems appropriate at its discretion, from first unauthorized use; (ii) liquidated damages equal to 3x such license fees; (iii) interest at 1.5% per month; and (iv) reasonable attorneys' fees and costs of enforcement.

Ex. B § 15a(c).

83. Under the 2025 TOS, X Corp. was obligated to use the Axoniq Commercial Products only as the agreement authorizes and not to knowingly encourage or participate in their unauthorized use.

84. Axoniq has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the 2025 TOS.

85. X Corp. breached the 2025 TOS by, among other things, using, downloading, and retaining the Axoniq Commercial Products beyond the fourteen-day trial period without authorization and failing to obtain the appropriate paid license after receiving written notice of its non-compliance with Axoniq's commercial licensing requirements.

86. As a result of X Corp.'s breaches of the 2025 TOS, Axoniq has been harmed and is entitled to damages in an amount to be proven at trial, including as provided for in the 2025 TOS, together with pre-judgment and post-judgment interest and the costs of this action.

87. Section 17(b) of the 2025 TOS permits either party to "seek injunctive relief against the threatened breach of this Agreement or the continuation of any such breach by the other party." X Corp.'s acts have irreparably harmed and will continue to irreparably harm Axoniq, including by injuring Axoniq's goodwill and its ability to control the licensing of its software, and Axoniq has no adequate remedy at law. Axoniq is therefore entitled to a permanent injunction restraining

X Corp. and its agents, servants, and employees, and all persons acting in concert with them, from using, copying, or distributing the Axoniq Commercial Products without a license.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Axoniq B.V. respectfully requests that the Court enter judgment in its favor and against X Corp. f/k/a Twitter as follows:

A. Finding that X Corp. has infringed Axoniq's copyrights in the Axoniq Commercial Products;

B. Finding that X Corp.'s infringement of Axoniq's copyrights was willful;

C. Issuing a permanent injunction enjoining X Corp., its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, and corporations acting in concert with them, from directly or indirectly infringing Axoniq's copyrights in the Axoniq Commercial Products;

D. Issuing a permanent injunction requiring X Corp. to remove all copies of the Axoniq Commercial Products from its systems, including its artifact repositories, or to obtain a license from Axoniq for their future use;

E. Ordering the impoundment and destruction of all unlicensed copies of the Axoniq Commercial Products in X Corp.'s possession, custody, or control under 17 U.S.C. § 503;

F. Awarding Axoniq its actual damages and X Corp.'s profits attributable to X Corp.'s infringement under 17 U.S.C. § 504(b);

G. Awarding damages for X Corp.'s breaches of the 2025 and 2026 Terms of Service, including reasonable attorneys' fees, costs of enforcement, and all applicable contractual damages;

H. Awarding Axoniq's costs of this action under 17 U.S.C. § 505 and Federal Rule of Civil Procedure 54(d)(1);

I. Awarding pre-judgment and post-judgment interest, to the fullest extent permitted; and

J. Ordering such other relief as the Court may deem proper and just.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Axoniq demands a trial by jury on all issues so triable.

Dated: November 24, 2026

*/s/ Eliza Beeney*
Eliza Beeney
ebeeney@mckoolsmith.com
New York State Bar No. 5518972
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

R. Mitch Verboncoeur (*pro hac vice* forthcoming)
mverboncoeur@mckoolsmith.com
Texas State Bar No. 24105732
Devon Shewell (*pro hac vice* forthcoming)
dshewell@mckoolsmith.com
Texas State Bar No. 24157741
**MCKOOL SMITH, P.C.**
303 Colorado St Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Bradley Jarrett (*pro hac vice* forthcoming)
bjarrett@mckoolsmith.com
Texas State Bar No. 24128518
**MCKOOL SMITH, P.C.**
300 Crescent Ct. Ste. 1200

Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

***Attorneys for Plaintiff Axoniq B.V.***